**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 119 MAL 2021
:
           Respondent :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
:
R.A.S., :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.